UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERCEPT PHARMACEUTICALS, INC.

CIVIL ACTION NO.: 14 CV 1480

vs

*Plaintiff*

CHRIS HOWARD

*Defendant*

### AFFIDAVIT OF SERVICE

State of Texas }
County of Dallas }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in

That on **3/5/2014** at **6:55 AM** at **14911 Lake Forest Dr., Dallas, TX  75254**

deponent served a(n) Summons in a Civil Action, Complaint for Declaratory Judgment, Civil Cover Sheet, Individual Rules of the Honorable Alvin K. Hellerstein , Electronic Case Filing Rules & Instructions

on **Chris Howard**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin:  White
Hair: Brown
Age: 40 Yrs.
Height: 5' 9"
Weight:190 Lbs.
Other:

MILITARY SERVICE:  At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
6ᵗʰday of March, 2014

_Kayleigh morrow_
NOTARY PUBLIC

_Dennis Hinshaw_

KAYLEIGH CHRISTINE MORROW
Notary Public, State of Texas
My Commission Expires
November 02, 2017

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279