UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INTERCEPT PHARMACEUTICALS, INC.

                  Plaintiff,

                                        Civil Action No.: 1:14-CV-01480-AKH

      vs.

CHRIS HOWARD,

                                     **NOTICE OF APPEARANCE**

                  Defendant.

------------------------------------------------------------X

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      **PLEASE TAKE NOTICE** that the undersigned attorney is of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant Chris Howard in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served upon:

Mark A. Beckman, Esq.
mbeckman@gordonrees.com
Gordon & Rees, LLP
90 Broad Street, 23rd Floor
New York, New York 10004

Dated: New York, New York
       March 21, 2014

                            Respectfully submitted,

                            GORDON & REES, LLP

                            By: /s Mark A. Beckman
                            Mark A. Beckman (MB 6750)
                            Gordon & Rees LLP
                            90 Broad Street, 23rd Floor
                            New York, New York 10004
                            Tel: (212) 269-5500
                            Email: mbeckman@gordonrees.com
                            *Attorneys for Defendant*
                            *Chris Howard*