UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
INTERCEPT PHARMACEUTICALS, INC.

                     Plaintiff,                        Civil Action No.: 1:14-CV-01480-AKH

       vs.

CHRIS HOWARD,                               **NOTICE OF APPEARANCE**

                     Defendant.

---------------------------------------------------------------X

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      **PLEASE TAKE NOTICE** that the undersigned attorney is of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant Chris Howard in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served upon:

                                  Mercedes Colwin, Esq.
                                mcolwin@gordonrees.com
                                  Gordon & Rees, LLP
                               90 Broad Street, 23rd Floor
                               New York, New York 10004

Dated:  New York, New York
           March 21, 2014

                                                    Respectfully submitted,

                                                    GORDON & REES, LLP

                                                    By:  /s Mercedes Colwin
                                                    Mercedes Colwin (MC 3862)
                                                    Gordon & Rees LLP
                                                    90 Broad Street, 23rd Floor
                                                    New York, New York 10004
                                                    Tel: (212) 269-5500
                                                    Email: mcolwin@gordonrees.com
                                                    *Attorneys for Defendant*
                                                    *Chris Howard*

/18926170v.1