UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRIS HOWARD,<br><br>Defendant. | Case No.: 1:14-CV-01480-AKH<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned, as counsel for defendant, Chris Howard, states that, upon information and belief, there is no parent corporation or any publicly held corporation that owns 10% or more.

Dated:      New York, New York
            March 21, 2014

                                    Respectfully Submitted,

                                    GORDON & REES, LLP


                                    By: __/s Mercedes Colwin_____
                                    Mercedes Colwin (MC 3862)
                                    Mark A. Beckman (MB 6750)
                                    90 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    Phone: (212) 269-5500

                                    *Attorneys for Defendant*