USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRIS HOWARD, <br><br> Defendant. | No. 14-cv-1480 |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Michael J. Bayer for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts and that his contact information is as follows:

Michael J. Bayer
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6303 / Facsimile: (617) 526-6000
Email: michael.bayer@wilmerhale.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Intercept Pharmaceuticals, Inc. in the above-entitled action.

IT IS THEREFORE HEREBY ORDERED, that Michael J. Bayer, Esq. is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York

March 24, 2014

_____
United States District Judge