UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRIS HOWARD,<br><br>Defendant. | Case No.: 1:14-CV-01480(AKH)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 5/6/14 |

The motion of Stuart M. Gordon, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Stuart M. Gordon |
| Firm Name: | Gordon & Rees, LLP |
| Address: | 275 Battery Street, Suite 2000 |
| City/State/Zip: | San Francisco, CA 94111 |
| Telephone: | (415) 986-5900 |
| Fax: | (415) 986-8054 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Chris Howard in the above entitled action;

IT IS HEREBY ORDERED that Stuart M. Gordon is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 6, 2014

_____
United States District/ Magistrate Judge