UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> CHRIS HOWARD, <br><br> Defendant and Counterclaim-Plaintiff. | No. 1:14-cv-01480-AKH |

**INTERCEPT PHARMACEUTICALS, INC.'S**
**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated June 2, 2014, together with its attached exhibits, plaintiff and counterclaim-defendant Intercept Pharmaceuticals, Inc., by its undersigned counsel, will move before this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007, at a time and date convenient for the Court, pursuant to Federal Rule of Civil Procedure 12(c), for an order (1) dismissing the counterclaims of Defendant Chris Howard against Intercept Pharmaceuticals, Inc.; and (2) entering judgment in favor of Intercept on its declaratory judgment claim.

Dated:  June 2, 2014

                                                  Respectfully submitted,

                                                  __/s/ Robert D. Cultice_____
                                                  Sanket J. Bulsara
                                                  WILMER CUTLER PICKERING HALE AND DORR LLP
                                                  7 World Trade Center

        250 Greenwich Street
        New York, NY 10007
        Telephone:  (212) 230-8800
        Fax:  (212) 230-8888
        Email:  sanket.bulsara@wilmerhale.com

        Robert D. Cultice (admitted *pro hac vice*)
        Michael J. Bayer (admitted *pro hac vice*)
        WILMER CUTLER PICKERING HALE AND
        DORR LLP
        60 State Street
        Boston, MA 02109
        Telephone:  (617) 526-6000
        Fax:  (617) 526-5000
        Email:  robert.cultice@wilmerhale.com
               michael.bayer@wilmerhale.com

        ***Attorneys for Intercept Pharmaceuticals, Inc.***