ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/14

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy          Date: 7/21/14
by Order of Judge Alvin K. Hellerstein

Re: Intercept Pharmaceuticals, Inc. v. Chris Howard - 14 Civ. 1480 (AKH)

You are hereby notified that you are required to appear for an oral argument.
        Date: 8/6/14
        Time: 11:00 a.m.
        Place: U.S. Courthouse - Southern District of New York
              500 Pearl Street
              Courtroom 14D
              New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
7-21-14