```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INTERCEPT PHARMACEUTICALS, INC.,
        Plaintiff and Counterclaim-Defendant

14 CIVIL 1480 (AKH)

-against-

**JUDGMENT**

CHRIS HOWARD,
        Defendant and Counterclaim-Plaintiff.
-----------------------------------------------------------------X

      Plaintiff, Intercept Pharmaceuticals, Inc. ("Intercept") having moved for judgment on the pleadings and to dismiss Howard's counterclaims pursuant to Fed. R. Civ. P. 12(c), and the said motions having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court thereafter, on August 4, 2014 having rendered its Order granting Intercept's motion in its entirety, and directing the Clerk to mark the motion (Doc. No. 19) terminated and the case closed, and enter judgment with costs in favor of Intercept and against Howard, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated August 4, 2014, Intercept's motion is granted in its entirety and judgment is entered with costs in favor of Intercept and against Howard; accordingly, the case is closed.

**Dated:** New York, New York
           August 6, 2014

                                            RUBY J. KRAJICK
                                            Clerk of Court
                             BY:
                                              Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____