UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

INTERCEPT PHARMACEUTICALS, INC.,

      Plaintiff and Counterclaim-Defendant,

           -against-

CHRIS HOWARD,

      Defendant and Counterclaim-Plaintiff.

------------------------------------------------x

Case No.: 1:14-CV-01480 (AKH)

**NOTICE OF APPEAL**

Notice is hereby given that Defendant and Counterclaim-Plaintiff Chris Howard in the above-named action hereby appeals to the United States Court of Appeals for the Second Circuit from an order of the Honorable Alvin K. Hellerstein entered in this action on the 6th day of August, 2014, granting the motion of Plaintiff and Counterclaim-Defendant Intercept Pharmaceuticals, Inc. for judgment on the pleadings.

Dated: New York, New York
      August 14, 2014

                                Respectfully Submitted,

                                By: _____
                                Mercedes Colwin (MC 3862)
                                Mark A. Beckman (MB 6750)
                                Stuart M. Gordon (*Admitted Pro Hac Vice*)
                                James K. Holder (*Admitted Pro Hac Vice*)
                                Gordon & Rees LLP
                                90 Broad Street, 23rd Floor
                                New York, NY  10004
                                (212) 269-5500

                                *Attorneys for Defendant and Counterclaim-Plaintiff Chris Howard*

Cc:    All Counsel of Record (*via* ECF only)